UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-06-6059-EFS |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO |
| | ) | REOPEN BAIL HEARING |
| MICHAEL FIGUEROA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

BEFORE THE COURT is Defendant's Motion to Reopen Bail Hearing

Pursuant Fed. R. Evid. 404 & 609 (Ct. Rec. 38).  For the reasons set

forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's

Motion to Reopen Bail Hearing Pursuant Fed. R. Evid. 404 & 609 (Ct.

Rec. 38) is **GRANTED**.  The district court executive is directed to

enter this order and provide copies to counsel.

DATED this 25th day of January, 2007.


                                    MICHAEL W. LEAVITT
                                    Michael W. Leavitt
                               UNITED STATES DISTRICT JUDGE

ORDER                                1