PROB 12C
(7/93)

Report Date: August 3, 2011

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 03 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Michael Figueroa          Case Number: 2:06CR06059-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 8/24/2007

Original Offense:       Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 48 Months; TSR - 36        Type of Supervision: Supervised Release
                        Months

Asst. U.S. Attorney:    Gregory M. Shogren                  Date Supervision Commenced: 6/28/2011

Defense Attorney:       Alex B. Hernandez, III              Date Supervision Expires: 3/27/2014

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer. |

**Supporting Evidence**: Mr. Figueroa is considered in violation of his conditions of supervised release by being unsuccessfully discharged from the residential reentry center (RRC) on August 3, 2011, for failing to abide by the facility rules and requirements.

On August 3, 2011, the undersigned officer received notice from RRC staff that Mr. Figueroa made statements indicating he wanted to leave the facility. In addition, he told staff he was going to "snap" and asked them to make false statements so he could be removed. While speaking to staff, Mr. Figueroa was displaying aggressive and threatening body posture.

The director of the RRC facility, Lori Morrow, was contacted and decided Mr. Figueroa should be removed from the program due to safety concerns for both staff and residents.

Prob12C
Re: Figueroa, Michael
August 3, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/03/2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

August 3, 2011
Date